Gallagher Walker Bianco
& Plastaras, LLP
Thomas E. Plastaras, Esq.
98 Willis Avenue
Mineola, New York 11501
Tel: (516) 248-2002
Fax: (516) 248-2394
Email: tplastaras@gwbplaw.com
*Counsel for Joseph E. Plastaras*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>v.<br><br>Joseph E. Plastaras,<br><br>              Defendant. | Adv. Pro. No. 10-04887 (BRL) |

**DEFENDANT JOSEPH E. PLASTARS' JOINDER IN GERALD BLUMENTHAL'S MOTION FOR MANDATORY WITHDRAWAL OF THE REFERENCE**

Joseph E. Plastaras, the Defendant in the above-captioned action, hereby joins in the Motion for Mandatory Withdrawal of the Reference, and all papers submitted therewith, filed by Gerald Blumenthal in *Picard v. Blumenthal*, Adv. Pro. No. 10-04582 (Bankr. S.D.N.Y.) [Dkt. Nos. 15-18]; *Picard v. Blumenthal*, No. 11-04293 (S.D.N.Y.) [Dkt. Nos. 1-3].

The Trustee's claims against Dr. Plastaras are almost identical to the Trustee's claims against Dr. Blumenthal. *See* Complaint (Exhibit 1). To avoid duplicative motion practice and briefing, Dr. Plastaras joins in Dr. Blumenthal's Motion for Mandatory Withdrawal of the Reference and all accompanying papers. On the same grounds described therein, Dr. Plastaras respectfully requests that the District Court enter an order granting mandatory withdrawal of the reference, pursuant to 28 U.S.C. Section 157(d), of the above-captioned adversary proceeding.

Dated: New York, NY
      October 12, 2011

GALLAGHER WALKER BIANCO
& PLASTARAS, LLP

By: s/Thomas E. Plastaras, Esq.

98 Willis Avenue
Mineola, NY 11501
Tel: (516) 248-2002
Fax: (516) 248-2394
Email: tplastaras@gwbplaw.com

*Counsel for Joseph E. Plastaras*